3:22-mj-00102

DISTRICT OF OREGON, ss:        AFFIDAVIT OF FRANCISCO RIVERA

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Francisco Rivera, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since December 2020.  I am currently assigned to the Portland field office. I am trained in techniques and methods used to investigate violations of Federal law and threats to national security. My investigative experience includes cases involving threats of violence to individuals and threats of violence in support of, or counter to, a particular ideology. I am familiar with the use of electronic devices to conduct, plan, and communicate prior to, during, and in preparation for the conduct of illegal activity.  I have gained experience through training at the FBI Academy in Quantico, Virginia, to conduct these types of investigations.  As a federal law enforcement officer, I am engaged in enforcing criminal laws, including Interstate Communication of Threats made in violation of 18 U.S.C. § 875.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Braeden Reiss (REISS), resident of Tigard, Oregon (DOB XX/XX/1996) for committing the crime of Interstate Communication of Threats, in violation of 18 U.S.C. § 875(c).  As set forth below, there is probable cause to believe that REISS committed the crime of Interstate Communication of Threats.

3.      The facts and information set forth in this Affidavit are based upon my personal knowledge obtained during this investigation, information provided to me by other investigators, as well as documents and records obtained through the course of this investigation.  This case is

being investigated by the FBI, with assistance from various federal, state, and local law

enforcement agencies.

4.      Because I am submitting this Affidavit for the limited purpose of establishing

probable cause for the requested warrant and complaint, I have not included every fact known to

me concerning this investigation.

## Applicable Law

5.      Title 18, U.S.C. § 875(c) makes it a felony crime to transmit in interstate or

foreign commerce any communication containing any threat to injure the person of another.

## Statement of Probable Cause

6.      On May 15, 2022, a federal agency received several electronic messages sent to

the agency's website from an individual self-identified as Braeden REISS from the Portland,

Oregon area.  The messages stated threats about shooting up a specifically named elementary

school in Oregon, and provided as follows:

Posted on: 5/15/2022, 17:55:23 EDT

Name: braeden riess

Email: gotohell@fuckyou

Message Text: there are consequenses for allowing these hackers to hack. the fact you guys let these hackers do any of the stuff theyre doing only tells me that the government wants these shootings to happen. the children at ▮▮▮▮▮▮▮▮ elementary school are going to die as a consequence.


IP Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:dc65 (This may or may not be a proxy)

Country Name: United States

State/Region: OR

City: PORTLAND

 **Page 2 – Affidavit of Francisco Rivera**

**Posted:** 5/15/2022, 18:00:05 EDT

**Name:** braeden riess

**Email:** thisisnotajoke@imbeingserious.com

**Message Text:** im going to shoot up ████████ elementary school because of the terroristic hacking thats taken place.

IP Address: ████████████████████████:dc65 (This may or may not be a proxy)

Country Name: United States

State/Region: OR

City: PORTLAND

Posted on: 5/15/2022, 18:10:05 EDT

**Name:** braeden riess

**Main Phone:** Not Provided

**Email 1:** youguysfuckedup@notajoke.com

Message Text:

the students at ████████ elementary will die brutal, painful, bloody, cruel deaths,

this is not a joke,

no ones laughing

those people are gonna die as a consequence of your mistakes, time travelers.

-braeden riess

IP Address: ████████████████████dc65 (This may or may not be a proxy)

Country Name: United States

State/Region: OR

City: PORTLAND

**Page 3 – Affidavit of Francisco Rivera**

7.     Local law enforcement was contacted and identified REISS as the individual who
had recently emailed similar threats to federal law enforcement between May 5, 2022, and
May 13, 2022, but he had not named a specific target or school.  Examples of the earlier May
messages sent by REISS are below:

Posted on: 5/13/2022, 01:08:56 EDT

Name: braeden riess

Email: ███████████████ gmail.com

Provided Phone Number: Not Provided

Message Text: "because of the harrassment and terroristic actions done by the
hackers, along with the ignorant comments made directly towards me by time
travelers, I will be walking into a school and murdering innocent children. your
government fucked up."

Posted on: 5/12/2022, 21:56:42 EDT

Name: braeden riess

Email: ███████████████ @gmail.com

Provided Phone Number: +971 ████ 94

Message Text: "i just want to remind you that because of the continued harrasent
from the hackers I have recieved, I will be shooting up that school. what the time
travelers said to me can not be forgiven. you owe the parents of the dead children
an apology because this would have never happened if the time travelers didnt say
what they said to me."

Posted on: 5/5/2022, 19:45:53 EDT

Name: braeden riess

Email: ███████████████ @gmail.com

Provided Phone Number: +971 ████ 94

Message Text: "because of the actions of the time travelers and them altering the
current reality, I am going to have to kill people. next time you guys shouldnt do
what you did to me"

**Page 4 – Affidavit of Francisco Rivera**

8.      On May 16, 2022, law enforcement went to Braeden REISS's apartment in

Tigard, Oregon, and he agreed to voluntarily speak with the officers.  He confirmed that he had

sent the threatening messages to shoot and murder children at the specifically named elementary

school and he posted the messages to the federal agency websites.  He knew law enforcement

would perceive the messages as threats and it would "get their attention."   He claimed he did

not intend to carry out the threats but needed to threaten the school because "time travelers" were

hacking into his computer.  When asked about "time travelers," he said the that they were

following him and hacking his video games.  When asked about access to firearms, REISS

admitted to having a pistol, but said his parents took it away.  Law enforcement arrested REISS

and he was charged in Washington County on 20 counts of disorderly conduct for his threatening

messages.  He is currently detained with full cash bail set at $50,000.

9.      On May 16, 2022, law enforcement spoke with REISS' family member No. 1

(FM1) who informed officers that REISS had owned a gun, but that family member No. 2 (FM2)

took it away as a "precautionary measure."  FM1 didn't remember when the gun was taken, but

thought it was a few years ago.  FM1 had been begging REISS to get mental health treatment.

FM1 had also made a call to law enforcement on April 12, 2022, to report an emergency

situation where Braeden REISS, was acting suicidal and homicidal and that FM1 was afraid

because Braeden had a gun in the past, and even though FM1 believed the gun was gone, it was

possible Braeden had access to a gun.

10.     When law enforcement spoke with FM2 on May 16, 2022, FM2 confirmed that he

took the firearm from REISS about 3-4 years ago due to fears that REISS would harm himself.

**Page 5 – Affidavit of Francisco Rivera**

FM2 said that REISS had been in therapy and taking mental health medication, but that after

REISS stopped the medication he had been getting worse.

11.      Local law enforcement also noted that REISS had been the subject identified in

another shooting threat report that was directed at a gaming company in October 2021.  The

report did not result in any charges, but a self-identified "Brae Reiss" sent the following message

to the gaming company's player support inbox:

> GIVE ME WHAT I FUCKING PAID FOR OR IM GONNA SHOOT UP YOUR OFFICE. If you don't fix this im gonna
>
> commit mass murder I HAVE MY GUNS PACKED YOU ALREADY HAVE MY EMAIL MY GUNS ARE LOADED

12.      Since REISS' arrest on May 16, 2022, law enforcement filed an Extreme Risk

Protection Order in Washington County to prevent REISS from being able to lawfully possess or

obtain a firearm or dangerous weapon due to his high risk of hurting another person or himself.

### Conclusion

13.      Based on the foregoing, I have probable cause to believe, and I do believe, that

Braeden Richard REISS, an Oregon resident, has been sending threats via email to shoot and

murder children at a specifically named Oregon elementary school and has thus committed the

crime of Interstate Communication of Threats, in violation of 18 U.S.C. § 875(c).  I therefore

request that the Court issue a criminal complaint and arrest warrant for Braeden Richard REISS.

//

//

//

**Page 6 – Affidavit of Francisco Rivera**

14.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Natalie Wight, and AUSA Wight advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

_By phone pursuant to Fed R. Crim. P. 4.1_
Francisco Rivera
Special Agent
Federal Bureau of Investigation

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at ___3:15pm___ on May ___29___, 2022.

_____
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

**Page 7 – Affidavit of Francisco Rivera**